UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME COTA,         ) | **Case No. 1:12-CV-01618-JLT** |
|         ) | |
| Plaintiff,         ) | **ORDER CONTINUING THE TRIAL AND PRETRIAL CONFERENCE** |
| vs.         ) | (Doc. 21) |
| COUNTY OF KERN, ERNEST ALVARADO, and ) | |
| DOES 1 to 100, Inclusive,         ) | |
| Defendants.         ) | |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS:**

1.   The trial in this matter is continued from September 9, 2014 to **February 2, 2015** at 8:30 a.m.;

2.   That the pretrial conference is continued from June 16, 2014 to **December 18, 2014** at 9:00 a.m.

IT IS SO ORDERED.

Dated:    **May 8, 2014**                 **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE