1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

EASTERN DISTRICT OF CALIFORNIA

10

11  JAIME COTA,

**Case No.  1:12-cv-01618 JLT**

12                  Plaintiff,

**ORDER AFTER NOTICE OF SETTLEMENT**
**(Doc. 27)**

13           v.

14  COUNTY OF KERN, et al.,

15                  Defendants.

16

17        On February 17, 2015, the parties filed a joint notice that the matter has been settled in

18  full. (Doc. 27)  Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

19        1.        The stipulated request for dismissal SHALL be filed no later than March 20, 2015;

20        2.        All pending dates, conferences and hearings are VACATED and any pending

21  motions are ordered TERMINATED.

22  **Failure to comply with this order may be grounds for the imposition of sanctions on counsel**

23  **or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

24

25  IT IS SO ORDERED.

26     Dated:   **February 18, 2015**                        **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
27

28