DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff JAIME COTA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME COTA,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF KERN, ERNEST ALVARADO, and DOES 1 to 100, Inclusive,<br><br>          Defendants. | **Case No. 1:12-CV-01618-JLT**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER**<br><br>(Doc. 29) |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and

costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  February 24, 2015 | RODRIGUEZ & ASSOCIATES |
|  | By:  /s/ Martha J. Rossiter<br> Martha J. Rossiter<br>Attorney for Plaintiff |
| Dated:  February 24, 2015 | COUNTY OF KERN |
|  | By:  /s/ Judith Denny<br>Judith Denny<br>Attorney for Defendants |

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

   Dated:   **February 24, 2015**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE